

**Office of the Attorney General**
**Leevin Taitano Camacho**
Attorney General of Guam
**Litigation Division**
590 S. Marine Corps Drive
Suite 901, ITC Building
Tamuning, Guam 96913 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
http://oagguam.org

**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| SEDFREY M. LINSANGAN, *pro se* | ) | Civil Case No. 19-00011 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ANSWER** |
| GOVERNMENT OF GUAM, LOURDES LEON GUERRERO, acting in her official capacity as Governor of Guam, | ) ) ) ) ) | |
| Defendant. | ) ) | |

Governor Lourdes Leon Guerrero and the Government of Guam (hereinafter collectively referred to as "Defendants"), by and through the Attorney General of Guam, and answers Plaintiff's complaint as follows:

1. Defendants deny the allegations contained in the Introduction of the complaint.

2. Defendants deny the allegations contained in paragraph 1 of the complaint.

3. Defendants admit the allegations contained in paragraph 2 of the complaint.

4. Defendants admit the allegations contained in paragraph 3 of the complaint.

5. Defendants admit the allegations contained in paragraph 4 of the complaint.

6. Defendants lack sufficient knowledge or information to admit or deny the allegations contained in paragraph 5 of the complaint and therefore denies the same.

7. Defendants admit the allegations contained in paragraph 6 of the complaint.

8. Defendants admit that Article VI of the Constitution of the United States of America states:

> All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be valid against the United States under this Constitution, as under the Confederation.
>
> The Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.
>
> The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

U. S. CONST. art. VI.

and denies all other allegations contained in paragraph 7 of the complaint.

9. Paragraph 8 consists of a legal conclusion, to which no response is required. To the extent a response is deemed required, the allegation is denied.

10. Paragraph 9 consists of a legal conclusion, to which no response is required. To the extent a response is deemed required, the allegation is denied.

11. Defendants deny the allegations contained in paragraph 10 of the complaint.

The balance of the complaint constitutes a prayer for relief, to which no response is

required. To the extent a response is deemed required, Defendants deny that Plaintiff is entitled to the relief requested, or to any relief whatsoever.

Additionally, Defendants hereby deny all allegations in Plaintiff's complaint not expressly admitted or denied herein.

## AFFIRMATIVE DEFENSES

By way of Affirmative Defenses, Defendant alleges as follows:

### FIRST DEFENSE

1. Plaintiff's complaint is barred because the court lacks subject matter jurisdiction over the case.

### SECOND DEFENSE

2. The court lacks personal jurisdiction over the Defendants.

### THIRD DEFENSE

3. Plaintiff has failed to exhaust his administrative remedies.

### FOURTH DEFENSE

4. Plaintiff's complaint fails to state a claim upon which relief can be granted.

### FIFTH DEFENSE

5. Plaintiff does not have standing to sue in District Court for an order declaring Public Law 35-5 "Guam Cannabis Industry Act of 2019" null and void; enjoining the Governor in implementing the law; and, declaring official misconduct and violation of Federal Law by the Governor of Guam and Guam Legislature.

WHEREFORE, having fully answered, Defendant asserts that Plaintiff is not entitled to the relief requested, or to any other relief whatsoever, and requests that this action be dismissed in its entirety with prejudice and that Defendant be given such other relief as this court deems proper,

including costs, disbursements and reasonable attorney's fees.

Dated this 26th day of April, 2019.

**OFFICE OF THE ATTORNEY GENERAL**
**Leevin Taitano Camacho,** Attorney General

By: _____
**SHANNON TAITANO**
Assistant Deputy Attorney General

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on April 26, 2019, I electronically filed the foregoing with the Clerk of Court for the United States District Court of Guam using the CM/ECF system and sent a copy to all counsel of record or parties via the Court's electronic filing system.

_____
**SHANNON TAITANO**
Assistant Deputy Attorney General