Sedfrey M Linsangan
Pro Se Litigant
P.O. Box 23128
Barrigada, Guam 96921
Tel #929-1616



**FILED**
DISTRICT COURT OF GUAM

MAY 03 2019

JEANNE G. QUINATA
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Sedfrey M Linsangan ) | Civil Case. 19-00011 |
| ) | |
| Plaintiff ) | Motion for Summary Judgment |
| ) | |
| VS ) | |
| Government of Guam, Lourdes Leon ) | |
| Guerrero acting in her Official Capacity ) | |

## Introduction

The Defendants committed a flagrant violation of Federal Laws and constitutional rights. The Governor and the Government of Guam have no authority to legalize marihuana. The Governor is appropriating 1 million dollars for the facility and created a Cannabis Board. All of these investments will be wasted because Federal Laws and Constitution takes precedence, priority, supersedes, tramp, pre-empt State and any other laws.

This unlawful act is a felony and the Defendants can be prosecuted criminally if pursued.

Respectfully Submitted,

Dated: May 02, 2019

Sedfrey M Linsangan Pro Se

## Memorandum of Points and Authorities

### Request to Dismiss

1. Request to Dismiss is not proper. It is in violation of Federal Rules of Civil Procedure, Rule 7 (b). In general, a request for a court order must be made by motion. Request must be denied by the Court.

2. Request that Defendants be given such other relief is not proper. Violation of FRCP Rule 7 (b), Rule 13. Request must be denied by the Court.

3. Defendants filed electronically without obtaining reasonable exception from the Court, Violation of Rule 5.1 (3).

### Standing Issues

4. Section 1421b of Organic Act of Guam, Bill of Rights. People have right to petition the Government or file a lawsuit for redress.

5. Standing sue Doctrine is a jurisdictional issue which concerns the power of Federal Courts to hear and decide cases. The doctrine is not concerned with the ultimate merits of case (Washington Utilities & Trasp.com. V FCC; 513F.2d 1142 (9th Circuit 1975)

6. Plaintiff suffered concrete injury because Defendants violated the laws that protect the People. Invasion of legally protected interest. Injury will be redressed by favorable decision.

## Jurisdiction Issues

7. This Court has jurisdiction pursuant to Section 1424 (b) of Title 48 USC Organic Act of Guam and Section 2 of Article 3 (The Judicial Branch). The judicial Power shall extend to all Cases, in Law and Equity, arising under the Constitution, the Laws of the United Sates....

## Personal Jurisdiction

8. District Court have a vested interest in all the people and to make binding decision over them. Section 1421 (b) Bill of Rights justify this issue.

## Claim for Relief Issue

9. Plaintiff incorporates all the allegations of this complaint by emphasizing **the illegal acts by the Defendants.** The language illegal acts are the violation of Federal Laws. The official capacity of the Defendants are acting under the color of Federal Law Section 812 of Title 21 USC Controlled Substances Act and Title 48 of the Organic Act of Guam (Sections 1421b, Section 1422, Section 1423a and Section 1423d). All of these violations are stipulated in the introduction of the complaint and paragraph 9.

## Administrative Remedies

10. This is not a germane issue. But the Plaintiff have testified in the Public Hearing opposing the Legislation. Plaintiff also express his opposition at the Town Hall meeting in Tamuning. While the Town meeting is being conducted, the Legislature is rushing to vote for the bill, violation of due process (Section 1 14th Amendment.

## Federal Laws Violation

11. Section 1422 of the 5th paragraph Governor; Lt Governor: Powers and Duties. "He shall be responsible for the faithful execution of the laws of Guam and the laws of the United States applicable in Guam.

12. Section 1423a **Scope of Legislative Authority:** The Legislative power of Guam shall extend to all **rightful** subjects of **Legislation** not inconsistent with the provisions of this chapter and the laws of United States applicable to Guam.

13. Section 1423d Oath of Office: Every member of the Legislature and all officers of the Government of Guam shall take the oath for the affirmation. They will swear that they will faithfully support the Constitution of the United States, the Laws of the United States applicable to Guam....

14. Section 1421b Subsection u; Bill of Rights: It is specified here that amendments to the Constitution are hereby extended to Guam. The last paragraph stipulate "All laws enacted by Congress with respect to Guam and all laws enacted by the territorial legislature of Guam which are inconsistent with the provisions of this subsection are

repealed to the extent of such inconsistency.

### Status of Guam on Drugs

15. Guam has big problems with substance abuse such as marihuana and other hard drugs. Everyday we read news on drug arrest. Department of Education have stated the 2 pressing problems in school are substance abuse on marihuana and prospective shooting. One teacher even testified in the Public Hearing that students are coming to class stone and cannot learn anything. Prospective shooting is attributed to people high on drugs in the Mainland. In April 29, 2019, Post reported that there are 263 foster kids up from 205 in 2018 and 170 in 2017. The cause is parents have drug abuse problem on marihuana and other hard drugs. Guam is the highest in the Nation per capita on suicide. Marihuana is associated with suicidal acts, psychosis, mental disorder and increase car accidents. More home invasion, burglary, stealing and other crimes have increased in Colorado since the legalization of marihuana.

### Conclusion

Summary judgment in favor of the Plaintiff is proper and legally just. The Court has to follow the provision in Article 6 of the Constitution. The final section of Article VI buttresses the Supreme Clause by requiring all government officials, both state and federal, to give precedence to the U.S. Federal Law and Constitution over any state constitution or other laws, so help us God.

Respectfully Submitted:

Dated: May 02, 2019

_____
Sedfrey M Linsangan Pro Se