Sedfrey M Linsangan
Pro Se Litigant
P.O. Box 23128
Barrigada, Guam 96921
Tel # 929-1616



FILED
DISTRICT COURT OF GUAM

MAY 03 2019

JEANNE G. QUINATA
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Sedfrey M Linsangan | ) Civil Case No. 19-00011 |
| | ) |
| Plaintiff | ) Motion for Summary Judgment |
| | ) Supporting Memorandum |
| VS | ) |
| | ) |
| Government of Guam, Lourdes Leon | ) |
| Guerrero acting in her Official Capacity | ) |

**Supporting Memorandum**

Plaintiff asserts that the complaint cannot be genuinely and legally disputed Title 21 and Title 48 tramp, takes precedence, priority, over state law and any other law. Defendant Attorney admitted that paragraph 3 and paragraph 6 of the complaint allegations are true.

    A. Paragraph 3, Defendant Guam is a Territory of the United States. The structure of its Government was set forth in the Organic Act Passed by Congress in 1950.

    B. Paragraph 6, that under Section 812 of Title 21 USC Controlled Substance Act, Marihuana is Classified as Schedule 1 Substance. Section (c) (10).

Respectfully Submitted:

Dated: May 02, 2019

Sedfrey M Linsangan, Pro Se