Sedfrey M Linsangan
Pro Se Litigant
P.O. Box 23128
Barrigada, Guam 96921
Tel #929-1616



**FILED**
DISTRICT COURT OF GUAM
MAY 22 2019
JEANNE G. QUINATA
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Sedfrey M Linsangan | ) Civil Case No. 19-00011 |
| Plaintiff | ) Request for Oral Arguments |
| | ) CVLR (I) |
| VS | ) |
| Government of Guam, Lourdes Leon Guerrero acting in her Official Capacity | ) |

Plaintiff is very respectfully requesting for oral arguments.

**Memorandum of Points & Authorities**

To secure the just, speedy and inexpensive determination of every action and proceeding, Plaintiff believed that oral argument is necessary, Federal Rule of Civil Proceedings Rule 1.

Dated: May 22, 2019                             Respectfully Submitted:

                                                Sedfrey M Linsangan, Pro Se